**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert GRANA, Defendant—Appellant.**

No. 01–50191.
D.C. No. CR–00–00568–HLH.

United States Court of Appeals,
Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

438

Submitted March 11, 2002.*

Decided March 21, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

### MEMORANDUM**

Robert Grana appeals his conviction, pursuant to guilty plea, and sentence for mail fraud in violation of 18 U.S.C. § 1341. Grana's attorney has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Grana did not file a pro se supplemental brief.

In the plea agreement, Grana waived his right to appeal his conviction and sentence if he was sentenced pursuant to the terms of the written plea agreement. Having independently reviewed the record, we are satisfied that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily. *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998). We therefore enforce the waiver, grant the motion to withdraw, and dismiss the appeal.

**DISMISSED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.